**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 15-7958**

---

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

       v.

JOEL ADOLFO BORJAS-HERNANDEZ, a/k/a Jose Hernandez Salazar, a/k/a Carlos,

                    Defendant - Appellant.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, Chief District Judge.  (3:09-cr-00163-1)

---

Submitted:  February 25, 2016        Decided:  March 2, 2016

---

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Joel Adolfo Borjas-Hernandez, Appellant Pro Se. Gary L. Call, Joshua Clarke Hanks, Assistant United States Attorneys, Charleston, West Virginia; Richard Gregory McVey, Assistant United States Attorney, Huntington, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joel Adolfo Borjas-Hernandez appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) (2012) motion and denying reconsideration, but extending the appeal period. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Borjas-Hernandez, No. 3:09-cr-00163-1 (S.D.W. Va. Oct. 22 & Dec. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED